UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA RENNE PAFFENDORF,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | No. 1:22-cv-01295 AC<br><br><br>ORDER TO SHOW CAUSE |

On October 31, 2022, a scheduling order was filed in this case requiring the parties to submit consent/decline forms regarding magistrate judge jurisdiction no later than February 2, 2023. ECF No. 5. Though months have passed since that deadline, defendant has not filed the required form.

Good cause appearing, IT IS HEREBY ORDERED that defendant shall show cause, within 14 days, why the failure to file the consent/decline form should not result in sanctions. Filing the form within this timeframe will discharge this order.

DATED: September 13, 2023.

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1