1
2
3
4
5
6
7
8
9
10
11
12

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Floyd Thompson,<br><br>　　　　Plaintiff<br><br>vs.<br><br>WALMART, INC.<br><br>　　　　Defendants | **CASE NO.: 2:22−CV−01295−DJC−DB**<br><br>**ORDER ON JOINT STIPULATION TO CONTINUE DEADLINE TO SUBMIT DISPOSITIONAL DOCUMENTS BY 30 DAYS** |

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# **ORDER**

Pursuant to the Parties' stipulation, it is **ORDERED** that the deadline to file dispositional documents is extended to February 8, 2024.

Dated:  December 20, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE