# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Floyd Thompson,<br><br>  Plaintiff,<br><br>  v.<br><br>WALMART, INC, a Delaware Corporation; and Does 1 through 50, inclusive,<br>  Defendants. | Case No.: 2:22−CV−01295−DJC−DB<br><br>**ORDER ON JOINT STIPULATION TO ONTINUE DEADLINE TO SUBMIT DISPOSITIONAL DOCUMENTS** |

### ORDER

Pursuant to the Parties' stipulation, it is **ORDERED** that the deadline to file dispositional documents is extended to March 15, 2024.

Dated: February 2, 2024          /s/ Daniel J. Calabretta
                                                    THE HONORABLE DANIEL J. CALABRETTA
                                                    UNITED STATES DISTRICT JUDGE

**ORDER ON JOINT STIPULATION TO CONTINUE DEADLINE TO SUBMIT DISPOSITIONAL DOCUMENTS**

1