# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Floyd Thompson,<br><br>    Plaintiff,<br><br>  v.<br><br>WALMART, INC, a Delaware Corporation; and Does 1 through 50, inclusive,<br>    Defendants. | Case No.: 2:22−CV−01295−DJC−DB<br><br>**ORDER ON JOINT STIPULATION TO CONTINUE DEADLINE TO SUBMIT DISPOSITIONAL DOCUMENTS** |

## **ORDER**

Pursuant to the Parties' stipulation, it is **ORDERED** that the deadline to file dispositional documents is extended to April 30, 2024.

Dated: March 12, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

**ORDER ON JOINT STIPULATION TO CONTINUE DEADLINE TO FILE DISPOSITIONAL DOCUMENTS**
**1**