# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Floyd Thompson,<br><br>   Plaintiff,<br><br> v.<br><br>WALMART, INC, a Delaware Corporation; and Does 1 through 50, inclusive,<br>   Defendants. | Case No.: 2:22−CV−01295−DJC−DB<br><br>**ORDER ON JOINT STIPULATION TO CONTINUE DEADLINE TO SUBMIT DISPOSITIONAL DOCUMENTS** |

  Pursuant to the Parties' stipulation, it is **ORDERED** that the deadline to file dispositional documents is extended to June 14, 2024.

Dated:  April 26, 2024       /s/ Daniel J. Calabretta
                  THE HONORABLE DANIEL J. CALABRETTA
                  UNITED STATES DISTRICT JUDGE