# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD THOMPSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WALMART, INC, a Delaware Corporation; and Does 1 through 50, inclusive,<br>　　　　Defendants. | Case No.: 2:22−CV−01295−DJC−DB<br><br>**ORDER ON JOINT STIPULATION TO CONTINUE DEADLINE TO SUBMIT DISPOSITIONAL DOCUMENTS** |

　　　Pursuant to the Parties' stipulation, it is **ORDERED** that the deadline to file dispositional documents is extended to July 26, 2024.

Dated:  June 21, 2024　　　　　　　　　/s/ Daniel J. Calabretta
　　　　　　　　　　　　　　　　　　　THE HONORABLE DANIEL J. CALABRETTA
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE