# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Floyd Thompson, <br><br> Plaintiff, <br><br> v. <br><br> WALMART, INC, a Delaware Corporation; and Does 1 through 50, inclusive, <br> Defendants. | Case No.: 2:22−CV−01295−DJC−DB <br><br> **ORDER ON JOINT STUPULATION TO CONTINUE DEADLINE TO SUBMIT DISPOSITIONAL DOCUMENTS** |

Pursuant to the Parties' stipulation, it is **ORDERED** that the deadline to file dispositional documents is extended to September 26, 2024. Any further request will need to be made via an Administrative Motion pursuant to Local Rule 233.

Dated:  July 29, 2024                                        /s/ Daniel J. Calabretta
                                                             THE HONORABLE DANIEL J. CALABRETTA
                                                             UNITED STATES DISTRICT JUDGE

**ORDER**