Jason A. Geller (CA SBN 168149)
jgeller@fisherphillips.com
Juan C. Araneda (CA SBN 213041)
jaraneda@fisherphillips.com
Jessica A. Taylor (CA SBN 301708)
jataylor@fisherphillips.com
**FISHER & PHILLIPS LLP**
1 Montgomery Street, Suite 3400
San Francisco, CA  94104
Telephone:  (415) 490-9000
Facsimile:   (415) 490-9001

*Attorneys for Defendant*
WALMART INC.

Michael J. Jaurigue (SBN 208123)
S. Sean Shahabi, Esq. (SBN 204710)
Amanda Collins, Esq. (SBN 340622)
**JAURIGUE LAW GROUP**
300 West Glenoaks Boulevard, Suite 300
Glendale, California 91202
Telephone: 818.630.7280
Facsimile: 888.879.1697
service@jlglawyers.com
michael@jlglawyers.com
sean@jlglawyers.com
acollins@jlglawyers.com

*Attorneys for Plaintiff*
FLOYD J. THOMPSON

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Floyd Thompson,<br><br>        Plaintiff<br><br>    vs.<br><br>WALMART, INC.<br><br>        Defendants | **CASE NO.: 2:22−CV−01295−DJC−DB**<br>[*Removed from Sacramento County Superior Court, Civil Case No. 34-2022-00321312*]<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE – FRCP 41(a)(1)(A)(ii)**<br><br>State Complaint: June 8, 2022<br>Trial Date:       September 9, 2024 |

The parties' Joint Stipulation of Dismissal with Prejudice pursuant to FRCP 41(a)(1)(A)(ii), requesting dismissal of this entire action with prejudice, is hereby **GRANTED**. The case is hereby dismissed in its entirety with prejudice and with respect to all parties, with each party bearing their own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: September 13, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE